UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>DARIUS JUSAITIS and LINA CONNER<br><br><br><br><br>Debtor(s)<br>JOHN T. BURHANS and ROBIN L. BURHANS,<br>individually and as Trustees of Burhans Family Trust<br><br>Plaintiff(s)<br>DARIUS JUSAITIS and LINA CONNER<br><br><br>Defendant(s) | ) BK No.: 12-33051<br>)<br>) Chapter: 7<br>)<br>) Honorable Donald R. Cassling<br>)<br>) DuPage<br>)<br>) Adv. No.: 13-00051<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Order on Defendants' Motion to Dismiss Plaintiffs' Second Amended Adversary Complaint
Pursuant to Fed. R. Civ. P. 12(b)(6)**

IT IS HEREBY ORDERED that Plaintiffs' second amended adversary complaint to determine the non-dischargeability of debts under 11 U.S.C. sect. 523(a)(2), (4), and (6) is dismissed, with prejudice, for the reasons stated on the record during the hearing held in this matter on February 14, 2014.

Enter: *[signature]* Donald R. Cassling

Dated: March 3, 2014                                          United States Bankruptcy Judge

**Prepared by:**
Nicholas C. Kefalos (IL ARDC No. 6270051)
Vernor Moran, LLC
27 North Wacker Drive, Suite 2000
Chicago, IL 60606-2800
(312) 264-4460

Rev: 20130103_apo